| 404P12 | Marie Albright and Maurice Albright, as co-trustees on behalf of the Marie Albright Trust; Jean Bissette; Kevin Bright; Sandra Bright; David Byerly; Elizabeth Byerly; Daniel Cantu; Nancy Cantu; Faye Daniel; Stephen Daniel; George Desanto; Micheline Desanto; Vanise Hardee; Deborah Hardee; John Leposa; Tammy Leposa; Joseph Lybrand; Amy Lybrand; Davis Miller a/k/a Thomas Davis Miller; Jeaneen Miller; Ada Morgan; Ray Morgan; Judith Scull a/k/a/ Judith Thompson Scull; David Scull; Melinda Moseley a/k/a Melinda Schmitz; Raymond Schmitz; Gail Sullivan; Lawrence Sullivan a/k/a Larry Sullivan; Bernard White; Toni White; Kathy Williamson; Thomas Williamson; Roger Parker a/k/a Billy Roger Parker, Jr.; and the City of Wilson, a North Carolina municipal corporation v. Nash County | Plt's (City of Wilson) PDR Under N.C.G.S. § 7A-31 (COA11-1530) | Denied |
| 404P12 | Catryn Denise Bridges v. Harvey S. Parrish and Barbara B. Parrish | 1. Plt's NOA Based Upon a DISSENT (COA12-181)<br><br>2. Plt's Motion for Extension of Time to File PDR<br><br>3. Plt's PWC to Review the Decision of the COA | 1. - - -<br><br>2. Dismissed 09/26/12<br><br>3. Denied<br><br>**Beasley, J. Recused** |